ACCEPTED
03-15-00335-CV
6066783
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 5:04:33 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00335-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 5:04:33 PM
JEFFREY D. KYLE
Clerk

**HERBERT ROLNICK,**

*Appellant,*

**v.**

**SIGHT'S MY LINE, INC., A FLORIDA CORPORATION; STEWART LANTZ; RIGGS, ALESHIRE & RAY; BLAZIER, CHRISTENSEN, BIGELOW & VIRR; AND ADAMS & GRAHAM,**

*Appellees.*

_____

Interlocutory Appeal from 200th Judicial District Court in Travis County, Texas, the Honorable Tim Sulak, Presiding

_____

## UNOPPOSED MOTION OF RESIDENT PRACTICING ATTORNEY IN SUPPORT OF MOTION OF NONRESIDENT ATTORNEY CRAIG S. HILLIARD FOR ADMISSION *PRO HAC VICE*

_____

TO THE HONORABLE JUSTICES OF THE COURT:

Pursuant to the Rules Governing Admission to the Bar of Texas, Rule XIX(b), J. Hampton Skelton ("Movant"), files this Motion of Resident Practicing Attorney in Support of the Motion of Nonresident Attorney, Craig S. Hilliard, for Admission *Pro Hac Vice*, and shows the following:

1.      Movant is an active member in good standing of the Texas State Bar, whose State Bar number is 18457700. Movant is a resident attorney who practices with the law firm of Skelton & Woody, 248 Addie Roy Road, Suite B-302, Austin, TX 78746, telephone (512) 651-7000, and facsimile (512) 651-7001.

2.      Craig S. Hilliard ("Applicant") has sought permission to appear *pro*

*hac vice* as counsel for Appellees Sight's My Line, Inc. and Stewart Lantz in the above-entitled and numbered appeal. Applicant will be associated with Movant in this proceeding.

3. Movant finds Applicant, who is an active member in good standing with the State of New Jersey and State of New York, to be a reputable attorney, and recommends that Applicant be granted permission to participate in the above-entitled and numbered proceedings before the Court.

WHEREFORE, Movant respectfully requests that the Court grant Applicant's Motion and enter an order allowing Craig S. Hilliard to participate as one of the attorneys for Appellees Sight's My Line, Inc. and Stewart Lantz in the above-entitled and numbered appeal.

July 14, 2015

Respectfully submitted,

SKELTON & WOODY
248 Addie Roy Rd, Bldg B-302
Austin, Texas 78746
Telephone: (512) 651-7000
Facsimile: (512) 651-7001

By: /s/ J. Hampton Skelton
J. Hampton Skelton
State Bar No. 18457700
hskelton@skeltonwoody.com
Brandon Gleason
State Bar No. 24038679
bgleason@skeltonwoody.com

COUNSEL FOR APPELLEES SIGHT'S
MY LINE, INC. and STEWART LANTZ

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for all other parties and they are unopposed to this Motion.


/s/ J. Hampton Skelton
J. Hampton Skelton


## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on this 14th day of July, 2015, a true and correct copy of the foregoing instrument was served electronically on following counsel of record:

Scott R. Kidd
Scott V. Kidd
KIDD LAW FIRM
819 W. 11th Street
Austin, Texas 78701

Michael B. Johnson
Salvador Davila
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701

Robert E. Valdez
Joseph E. Cuellar
Jose "JJ" Trevino, Jr.
VALDEZ, JACKSON & TREVINO, P.C.
Plaza Las Campanas
1826 N. Loop 1604 W, Suite 275
San Antonio, Texas 78248

Ruth G. Malinas
Tim T. Griesenbeck, Jr.
Scott M. Noel
PLUNKETT & GRIESENBECK, INC.
1635 N.E. Loop 410 Suite 900
San Antonio, Texas 78209

/s/ J. Hampton Skelton
J. Hampton Skelton